IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MATTHEW SHAUN MARTIN,

    Petitioner/Plaintiff,

  v.

JIM NORD, ET AL.,

    Respondents/Defendants.

          No. C 10-80194 SI

**ORDER REMANDING CASE TO THE NAPA COUNTY SUPERIOR COURT**

On August 3, 2010, Matthew Shaun Martin filed a Notice of Removal of this action from the Napa County Superior Court. Doc. 1. From the face of the documents submitted by Mr. Martin, it appears that the action was improperly removed, as this Court lacks jurisdiction over Mr. Martin's claims. The jurisdictional question is discussed in more detail in an August 25 Order to Show Cause, in which the Court gave the parties ten days to show cause in writing whether there is any basis for federal jurisdiction over this action. Doc. 2. Neither party has responded. Therefore, for the reasons stated in the August 25 Order, the Court hereby REMANDS the case to the Napa County Superior Court.

**IT IS SO ORDERED.**

Dated: December 2, 2010

SUSAN ILLSTON
United States District Judge